UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-06311-AH-JPRx | Date | December 16, 2025 |
| Title | *Thomas O'Rourke v. Hilton Hotel Employer LLC et al.* | | |

Present: The Honorable   Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):
None Present  None Present

**Proceedings:** (IN CHAMBERS) ORDER GRANTING MOTION TO REMAND (DKT. No. 19)   [JS-6]

Defendants Hilton Hotel Employer LLC and Hilton Management LLC ("Defendants") removed this case from the Los Angeles Superior Court on July 10, 2025. Notice of Removal, Dkt. No. 1. Plaintiff Thomas O'Rourke ("Plaintiff") moved to remand on October 9, 2025. Mot. to Remand, Dkt. No. 19. The Court held a hearing on the Motion to Remand on December 3, 2025, during which the Court provided an oral tentative ruling and granted Plaintiff's request to amend the Complaint. Dkt. No. 27. On December 9, 2025, Plaintiff filed an amended Complaint that brings one cause of action for civil penalties under the California Labor Code. First Amended Complaint, Dkt. No. 28. Defendant did not file any supplemental opposition to the Motion to Remand.

Accordingly, for the reasons stated on the record, Dkt. No. 27, the Court GRANTS the Motion to Remand. The case is remanded to the Superior Court of the State of California for the County of Los Angeles. All dates are vacated, and the Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**